ANTONIO SPINA, as Administrator of the Estate of CHARLES SPINA, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Spina* v. *City of N. Y.*, 161 App. Div. 883, affirmed.
(Submitted October 19, 1914; decided November 10, 1914.)

APPEAL, by permission, from a judgment entered January 13, 1914, upon an order of the Appellate Division of the Supreme Court in the second judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the dismissal of the complaint at the Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant in failing to keep a street in repair.

*Edmund F. Driggs* for appellant.

*Frank L. Polk, Corporation Counsel (James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, CHASE, COLLIN and HOGAN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., MILLER and CARDOZO, JJ.